IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY LAMAR,                                                                  PLAINTIFF
ADC #120479A

v.                       CASE NO. 5:18-CV-00292 BSM

WENDY KELLEY, et al.                                       DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 7] is adopted. Lamar's First and Fourteenth Amendment claims on behalf of others are dismissed without prejudice. Lamar's claims that being held at the Varner Super Max Unit from August 30, 2017 to September 20, 2017 violated his due process rights are dismissed without prejudice. Lamar's motion for injunctive relief and an evidentiary hearing [Doc. No. 6] is denied.

IT IS SO ORDERED this 4th day of February 2019.

                                                                      /s/ Brian S. Miller
                                                           UNITED STATES DISTRICT JUDGE