IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY LAMAR,                                            PLAINTIFF
ADC #120479A

v.                   CASE NO. 5:18-CV-00292 BSM

WENDY KELLEY, et al.                                DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 43] is adopted, and the Doe defendants are dismissed without prejudice. Anthony Lamar's motion to voluntarily dismiss defendant Tiffany Moore [Doc. No. 53] is granted, and Moore is dismissed without prejudice.

Lamar's motions requesting class certification are denied. The motion for reconsideration of an order adopting a partial recommended disposition [Doc. No. 27] is denied. Further, Lamar's motion for leave to appeal in forma pauperis [Doc. No. 39] is denied because an appeal would not be taken in good faith. Finally, Lamar's motion appealing the denial of class certification [Doc. No. 44] is denied. Lamar is advised that this case will not be certified as a class action.

An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th day of May 2019.

                                                                UNITED STATES DISTRICT JUDGE