IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY LAMAR,                                                                      PLAINTIFF
ADC #120479A

v.                  CASE NO. 5:18-CV-00292 BSM

WENDY KELLEY, et al.                                               DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 54] is adopted. Lamar's motion for a preliminary injunction or temporary restraining order [Doc. No. 40] is denied. Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 28th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE