# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ANTHONY LAMAR,**
**ADC #120479A**                                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:18-cv-292-BSM-BD**

**WENDY KELLEY,** *et al.*                                                                                      **DEFENDANTS**

## ORDER

Mr. Lamar has requested a copy of the docket sheet. (Doc. No. 75) The motion is GRANTED. The Clerk of Court is directed to send Mr. Lamar a copy of the docket sheet.

IT IS SO ORDERED, this 17th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE