# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTHONY LAMAR**                                                                               **PLAINTIFF**
ADC #120479

**v.**                            **CASE NO. 5:18-CV-00292-BSM**

**WENDY KELLEY,** *et al.*                                                       **DEFENDANTS**

## **ORDER**

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 117] is adopted. The motion for summary judgment of Wendy Kelly, Randy Straughn, James Gibson, Yolanda Linsey, James Shipman, and Flora Washington is granted. Accordingly, Anthony Lamar's claims are dismissed with prejudice.

IT IS SO ORDERED this 18th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE