IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTHONY LAMAR**  **PLAINTIFF**
ADC #120479

v.                    CASE NO. 5:18-CV-00292-BSM

**WENDY KELLEY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE