UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTHONY LAMAR**                                                                                           **PLAINTIFF**
*ADC #120479*

v.                              CASE NO. 5:18-CV-00292-BSM

**DEXTER PAYNE, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE